UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CFI Group U.S.A, LLC,

                    Plaintiff(s),

v.                                     Case No. 2:19–cv–12602–GAD–APP
                                         Hon. Gershwin A. Drain

Verint Americas, Inc.,

                    Defendant(s),

_____/

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are *rescheduled* for hearing:

        Motion – #58
        Motion – #59
        Motion – #60
        Motion – #61
        Motion – #62
        Sealed Motion – #64
        Motion – #65
        Motion in Limine – #66

- MOTION HEARING: November 18, 2022 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/T McGovern
                                                                   Case Manager

Dated: September 26, 2022