# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CUSTOMER SATISFACTION INDEX, LLC, | |
| Plaintiff, | Case No. 2:18-cv-13319 |
| v. | Hon. Gershwin A. Drain |
| FORESEE RESULTS, INC., | Magistrate Judge Anthony P. Patti |
| Defendant. | |
| CFI GROUP USA LLC, | |
| Plaintiff-Counterclaim Defendant, | Case No. 2:19-cv-12602 |
| v. | Hon. Gershwin A. Drain |
| VERINT AMERICAS INC., | Magistrate Judge Anthony P. Patti |
| Defendant-Counterclaimant. | |

## **STIPULATED ORDER OF FACILITATION**

Now come the above-named parties and, pursuant to the Court's direction at the hearing conducted November 18, 2022, hereby submit the following "Proposed Order of Facilitation":

The parties are ordered to facilitation before Thomas G. McNeill of Dickinson Wright, PLLC by the close of February 2023. The Court is informed that the parties and the facilitator have agreed to a facilitation on February 28, 2023, and are

considering other, earlier dates. In view thereof, the Court orders the parties to participate in facilitation on February 28, 2023 and allows that such facilitation may occur earlier at the convenience of the parties and the facilitator.

Respectfully submitted,

| | |
|---|---|
| /s/ Karl J. Edward Fornell | /s/ Robert J. Leonard |
| Karl J. Edward Fornell (MI P76327) | **BROOKS KUSHMAN P.C.** |
| Clark Hill PLC | Christopher C. Smith (MI P73936) |
| 500 Woodward Avenue, Suite 3500 | Chanille Carswell (MI P53754) |
| Detroit, Michigan 48226 | Thomas A. Lewry (MI P36399) |
| Telephone: (313) 965-8300 | 1000 Town Center, 22nd Floor |
| KFornell@ClarkHill.com | Southfield, Michigan 48075 |
| | Telephone: (248) 358-4400 |
| William D. Cramer (TX 00790527) | csmith@brookskushman.com |
| Clark Hill PLC | ccarswell@brookskushman.com |
| 901 Main Street, Suite 6000 | tlewry@brookskushman.com |
| Dallas, Texas 75202 | |
| Telephone: (214) 651-4300 | **MEUNIER CARLIN & CURFMAN LLC** |
| Bill.Cramer@ClarkHillStrasburger.com | Stephen M. Schaetzel (GA 628653) |
| | Robert J. Leonard (GA 303694) |
| *Attorneys for Plaintiffs* | Steven M. Philbin (GA 516724) |
| | 999 Peachtree Street NE, Suite 1300 |
| | Atlanta, Georgia 30309 |
| | Telephone: (404) 645-7700 |
| | sschaetzel@mcciplaw.com |
| | rleonard@mcciplaw.com |
| | sphilbin@mcciplaw.com |
| | |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: December 6, 2022              s/Gershwin A. Drain
                                     Honorable Gershwin A. Drain
                                     United States District Court Judge