UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER SATISFACTION
INDEX, LLC,

    Plaintiff,

v.

FORESEE RESULTS, INC.,

    Defendant
_____/

Case No: 18-cv-13319
Hon. Gershwin A. Drain

CFI GROUP, LLC,

    Plaintiff,

v.

VERINT AMERICA INC. d/b/a
ForeSee Results and successor-in-
Interest to ForeSee Results, Inc.,

    Defendants.
_____/

Case No: 19-cv-12602
Hon. Gershwin A. Drain

## **APPEARANCE**

PLEASE TAKE NOTICE that Attorney Jay M. Berger of Clark Hill PLC hereby enters his appearance on behalf of Plaintiffs American Customer Satisfaction Index, LLC and CFI Group, LLC in the above-referenced matters.

Respectfully submitted,

/s/ Jay M. Berger
Jay M. Berger (P57663)
Karl J. Edward Fornell (MI P76327)
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
JBerger@clarkhill.com
KFornell@ClarkHill.com

William D. Cramer (TX 00790527)
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, Texas 75203
(214) 651-4300
BCramer@ClarkHill.com

Attorneys for Plaintiffs American Customer Satisfaction Index LLC and CFI Group USA LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, my assistant electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all of the parties of record.

/s/ Jay M. Berger
Jay M. Berger