# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CFI GROUP USA LLC, | |
| Plaintiff, | |
| v. | Case No. 2:19-cv-12602-GAD-APP |
| | Hon. Judge Gershwin A. Drain |
| VERINT AMERICAS INC., | Mag. Judge Anthony P. Patti |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff CFI Group USA LLC and Defendant Verint Americas Inc., by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby jointly stipulate and agree that all claims between the parties shall be and are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: June 1, 2023.

| | |
|---|---|
| /s/ *Karl J. Edward Fornell* | /s/ *Stephen M. Schaetzel* |
| **CLARK HILL PLC** | **BROOKS KUSHMAN P.C.** |
| Karl J. Edward Fornell (MI P76327) | Chanille Carswell (P53754) |
| Jay M. Berger (MI P57663) | Christopher C. Smith (P73936) |
| 500 Woodward Avenue, Suite 3500 | 1000 Town Center, Twenty-Second Floor |
| Detroit, Michigan 48226 | Southfield, Michigan 48075 |
| (313) 965-8300 | Telephone:  (248) 358-4400 |
| KFornell@ClarkHill.com | Facsimile:   (248) 358-3351 |
| JBerger@ClarkHill.com | ccarswell@brookskushman.com |
| | csmith@brookskushman.com |
| William D. Cramer (TX 00790527) | |
| 901 Main Street, Suite 6000 | **MEUNIER CARLIN & CURFMAN LLC** |
| Dallas, Texas 75203 | Stephen M. Schaetzel (GA Bar No. 628653) |
| (214) 651-4300 | Robert J. Leonard (GA Bar No. 303694) |
| BCramer@ClarkHill.com | Steven M. Philbin (GA Bar No. 516724) |
| | 999 Peachtree Street, Suite 1300 |
| *Counsel for Plaintiff* | Atlanta, Georgia  30309 |
| | Telephone:  (404) 645-7700 |
| | Facsimile:   (404) 645-7707 |
| | sschaetzel@mcciplaw.com |
| | rleonard@mcciplaw.com |
| | sphilbin@mcciplaw.com |
| | |
| | *Counsel for Defendant* |

So Ordered.

Dated: June 1, 2023            s/Gershwin A. Drain
                               U.S. District Judge